```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  TEXARKANA DIVISION
```

RANDLE L. DUGGER, II                                              PLAINTIFF

v.                    Case No. 4:11-CV-04019

MONTE STRINGFELLOW, Sheriff,
Sevier County, Arkansas;
JAILER SHARIN HORN; JAILER
ABBIE CLUP                                                       DEFENDANTS

**O R D E R**

On this 23rd day of June 2011, there comes on for consideration the Report and Recommendation (Doc. 24) filed in this case on May 19, 2011, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, **IT IS ORDERED** that Plaintiff's Motion for Preliminary Injunction (Doc. 13) is hereby **DENIED**.

IT IS SO ORDERED this 23rd day of June 2011.

/s/ Paul K. Holmes, III
**PAUL K. HOLMES, III**
**UNITED STATES DISTRICT JUDGE**