IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RANDLE L. DUGGER, II                                                                           PLAINTIFF

vs.                                       Civil No. 4:11-cv-4019

MONTE STRINGFELLOW, et al.                                                           DEFENDANTS

## JUDGMENT

Before the Court is the Report and Recommendation filed October 18, 2011, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 31. Judge Bryant recommends that the above-styled case be dismissed with prejudice for failure to follow a court order to complete discovery. Judge Bryant further recommends that all pending motions be terminated. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's claims are **DISMISSED WITH PREJUDICE**. All pending motions are to be terminated.

**IT IS SO ORDERED**, this 18th day of November, 2011.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge